IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS,<br><br>    Plaintiff,<br><br>    v<br><br>SAN MATEO COUNTY LAW LIBRARY, et al.<br><br>    Defendants. | Case No C 05-2623 SI<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on April 3, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Counsel for Defendant El Dorado Towing, David M. Sloan

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.  This matter remains

10  set for phone case management conference on May 14, 2008 at 3:30 p.m. before the

11  Honorable Susan Illston.

12  Date:  4/8/08

13  _____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAWKINS,  No. C 05-2623 SI

v.  CERTIFICATE OF SERVICE

SAN MATEO CO LAW LIBRARY
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/8/08 , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Homer E. Hawkins**
Ironwood Prison
Prisoner Id C-55875/2c-217
P.O. Box 2199
Blythe, CA 92226

RICHARD W. WIEKING, CLERK

By: /s/_____
     Deputy Clerk

3