IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKINS,<br><br>          Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY LAW LIBRARY ET AL,<br><br>          Defendant.<br>_____/ | No. C 05-02623 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 23 2008 at 3:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

COURT TRIAL DATE: Tuesday, August 11, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Deft. shall file a trial brief or summary judgment motion in early July re: triable issues.

Due to a trial conflict, the trial in this case was continued to the dates indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/20/08

                                                     SUSAN ILLSTON
                                                     United States District Judge