**United States District Court**
For the Northern District of California

1
2
3
4                             UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6
7
8   HOMER E. HAWKINS,                                No. C 05-2623 SI (pr)
9           Plaintiff,                               **JUDGMENT**
10     v.
11  SAN MATEO COUNTY
    LAW LIBRARY; et al.,
12
13          Defendants.
                                    /
14
        Judgment is entered in favor of all defendants and against plaintiff.
15
16
        IT IS SO ORDERED AND ADJUDGED.
17
18
                                                     _____
19  Dated: July 16, 2008
                                                            SUSAN ILLSTON
20                                                       United States District Judge
21
22
23
24
25
26
27
28